# **EXHIBIT A**

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Check Number | Transfer Type | Transfer Amount |
|---|---|---|---|---|---|
| Akorn Operating Company, LLC | Freudenberg Medical LLC | 12/8/2022 | 266402 | Check | $ 3,828.00 |
| Akorn Operating Company, LLC | Freudenberg Medical LLC | 1/6/2023 | 266917 | Check | $ 97,310.00 |
| Akorn Operating Company, LLC | Freudenberg Medical LLC | 2/13/2023 | 267346 | Check | $ 66,653.00 |
| | | | | | $ 167,791.00 |